# ELECTRONIC RECORD

**850-14**

COA # 01-12-01174-CR                  OFFENSE: 3.03 (Delivery of Cocaine)

STYLE: Oscar Gerardo Davila v. The State of Texas                  COUNTY: Harris

COA DISPOSITION:     AFFIRM                  TRIAL COURT: 263rd District Court

DATE: 07/22/2014                  Publish: YES    TC CASE #:    1322703

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Oscar Gerardo Davila v. The State of Texas                  CCA #: **850-14**

_____APPELLANT'S_____ Petition         CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:         DATE: _____

_____refused_____                  JUDGE: _____

DATE: Dec, 17, 2014                  SIGNED: _____         PC: _____

JUDGE: PC                  PUBLISH: _____         DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**